1  BENJAMIN B. WAGNER
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         CASE NO. 1:13-CR-427 LJO-SKO

12 |                      Plaintiff,   **STIPULATION FOR PROTECTIVE ORDER AND ORDER THEREON**

13 |         v.

14 | OMAR JUAREZ ANDRADE

15 |                      Defendant.

16

17      The United States of America, by and through BENJAMIN B. WAGNER, United States

18 Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant

19 Octavio Gallegos-Vasquez, by and through Gary Huss, his attorney of record, hereby stipulate as

20 follows:

21      1.      This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of

22 Criminal Procedure, and its general supervisory authority.

23      2.      This Order pertains to all statements of non-law enforcement witnesses provided to or

24 made available to Defense Counsel as part of discovery in this case or to comply with trial obligations

25 pursuant to Title 18, United States Code, Section 3500 (the Jenck's Act), or to comply with Brady and

26 Giglio obligations.

27      3.      By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any

28 non-law enforcement witness statements or documents pertaining to non-law enforcement witnesses

Stipulation for Entry of Protective Order and Order Thereon                1

1 with anyone other than designated defense investigators and support staff.  Defense Counsel may review
2 the contents of documents with the defendant but will not identity the identity of any such non-law
3 enforcement potential witnesses.  The parties agree that Defense Counsel, defense investigators and
4 support staff shall not allow the defendant to view or copy such information. The parties agree that
5 Defense Counsel, defense investigators.

6     4.    The discovery and information therein may only be used in connection with the litigation
7 of this case and for no other purpose. The discovery is now and will forever remain the property of the
8 United States Government.  Defense Counsel will return the discovery to the Government or certify that
9 it has been shredded at the conclusion of the case.

10     5.    Defense Counsel will store the discovery in a secure place and will use reasonable care to
11 ensure that it is not disclosed to third persons in violation of this agreement.

12     6.    Defense Counsel shall be responsible for advising his or her respective defendant,
13 employees, and other members of the defense team, and defense witnesses of the contents of this
14 Stipulation/Order.

15     7.    In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees
16 to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by
17 this Order.

18 IT IS SO STIPULATED.

Dated: November 17, 2014      BENJAMIN B. WAGNER
    United States Attorney

    /s/ Kathleen A. Servatius
    KATHLEEN A. SERVATIUS
    Assistant United States Attorney

Dated:  November 17, 2014      /s/ Gary Huss
    Gary Huss

IT IS SO ORDERED.

    Dated:  **November 18, 2014**      **/s/ Lawrence J. O'Neill**
    UNITED STATES DISTRICT JUDGE

Stipulation for Entry of Protective Order and Order Thereon     2