IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>OMAR JUAREZ ANDRADE<br><br>　　　　　　　　　Defendant. | **CASE NO.  1:13-CR-427 LJO-SKO**<br><br>**ORDER CONTINUING TRIAL**<br><br>Date:  December 2, 2014<br>Time: 8:30 a.m.<br>Honorable Lawrence J. O'Neill |

　　　　The United States of America, by and through BENJAMIN B. WAGNER, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant Omar Juarez Andrade, by and through Gary Huss, his attorney of record, having agreed to continue the trial in this matter from December 2, 2014 until January 13, 2015, at 8:30 a.m., and good cause appearing therefore,

　　　　IT IS SO ORDERED.

　　　　IT IS FURTHER ORDERED THAT the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act for the reasons stated in the parties' stipulation.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 2, 2014 to January 13, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court

1 at defendant's request on the basis of the Court's finding that the ends of justice served by taking such
2 action outweigh the best interest of the public and the defendant in a speedy trial.
3
4 IT IS SO ORDERED.
5
    Dated:   **November 20, 2014**          **/s/ Lawrence J. O'Neill**
6                                                         UNITED STATES DISTRICT JUDGE