1
2
3
4
5
6
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            **CASE NO.  1:13-CR-427 LJO-SKO**

12 |                  Plaintiff,           **ORDER CONTINUING TRIAL**

13 |            v.                          Date:  January 13, 2015
                                            Time: 8:30 a.m.
14 | OMAR JUAREZ ANDRADE                    Honorable Lawrence J. O'Neill

15 |                  Defendant.

16

17       The United States of America, by and through BENJAMIN B. WAGNER, United States

18 Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant

19 Omar Juarez Andrade, by and through Gary Huss, his attorney of record, having agreed to continue the

20 trial in this matter from January 13, 2015 until March 10, 2015, at 8:30 a.m., and good cause appearing

21 therefore,

22                                ORDER

23       The ends of justice served by continuing the case as requested outweigh the interest of the public

24 and the defendant in a trial within the original date prescribed by the Speedy Trial Act for the reasons

25 stated in the parties' stipulation.  For the purpose of computing time under the Speedy Trial Act, 18

26 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 13, 2015 to March

27 10, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results

28 from a continuance granted by the Court

Order Continuing Trial

                                         1

1    at the government's request and with the defendant's agreement, on the basis of the Court's finding that

2    the ends of justice served by taking such action outweigh the best interest of the public and the

3    defendant in a speedy trial.  The good cause is due to health concerns of the U.S. Attorney.

4

5    IT IS SO ORDERED.

6        Dated:    **January 12, 2015**            **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Continuing Trial