# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:13-cr-00427-JLT-SKO-1 |
| Plaintiff, | ORDER REFERRING MOTION FOR COMPASSIONATE RELEASE TO FEDERAL DEFENDER'S OFFICE AND SETTING BRIEFING SCHEDULE; VACATING NOV. 9, 2023 MINUTE ORDER |
| v. | |
| OMAR JUAREZ ANDRADE, | |
| Defendant. | (Doc. 47) |

Defendant Omar Juarez Andrade was sentenced in this action on July 6, 2015. (Doc. 39.) On November 6, 2023, Defendant filed a pro se motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (Doc. 47.)[1]

Pursuant to General Order No. 595, the Federal Defender's Office ("FDO") is appointed to represent defendant in connection with the motion for compassionate release.  The FDO shall have 60 days from the date of this order to file a supplement to defendant's *pro se* motion or to notify the court and the government it does not intend to file a supplement.  Thereafter, absent further order from the Court amending the deadlines, the government shall have 30 days from the

---

[1] On November 9, 2023, the Court, having inadvertently mis-classified the instant motion, issued a minute order appointing counsel pursuant to General Order 670, which applies to motions seeking relief under the 2023 Retroactive Sentencing Guidelines Amendment. (Doc. 48.) The November 9 Minute Order is hereby VACATED.

1

date of the FDO's filing to file an opposition to defendant's motion. Any reply shall be filed within 15 days of the filing of any opposition by the government.

    The Clerk of the Court is directed to include Assistant Federal Defenders Ann McClintock (Ann_McClintock@fd.org) and Carolyn Wiggin (Carolyn_Wiggin@fd.org), as well as Sara Thomas with the United States Attorney's Office (Sara.Thomas@usdoj.gov) in the CM/ECF's Notice of Electronic Filing in this action.

IT IS SO ORDERED.

    Dated: **November 27, 2023**

UNITED STATES DISTRICT JUDGE