HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
OMAR JUAREZ ANDRADE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OMAR JUAREZ ANDRADE,<br><br>Defendant. | Case No. 1:13-cr-00427 JLT-SKO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge: Hon. Jennifer L. Thurston |

Defendant, OMAR JUAREZ ANDRADE, by and through his attorney, Assistant Federal Defender Peggy Sasso, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable;

2. The United States Sentencing Commission recently amended the Sentencing Guidelines to limit the overall criminal history impact of "status points" by assigning zero status points for offenders with six or fewer criminal history points, and one status point for offenders

with seven or more criminal history points ("status-point provision").  *See* Amendment 821, Part A; *compare* USSG § 4A1.1(d) (2022), *with* USSG § 4A1.1(e) (Nov. 1, 2023).  The United States Sentencing Commission made the status-point provision retroactive beginning February 1, 2024.  *See* USSG § 1B1.10(e)(2) (Nov. 1, 2023); 88 Fed. Reg. 60534;

3. Mr. Andrade received 3 criminal history points based on his past criminal convictions and 2 criminal history points pursuant to former USSG § 4A1.1(d) for a total criminal history score of 5, which placed Mr. Andrade in criminal history category III.  With a total offense level of 33 and a criminal history category III, the recommended guideline range was 168 - 210 months;

4. On July 6, 2015, this Court sentenced Mr. Andrade to a term of 168 months imprisonment;

5. The sentencing range applicable to Mr. Andrade was subsequently lowered by the status-point provision, which reduces his criminal history score to 3, lowering his criminal history category from III to II, resulting in an amended advisory guideline range of 151 to 188 months;

6. Because Mr. Andrade is eligible for a reduction in sentence, the parties request the Court enter the order lodged herewith reducing Mr. Andrade's term of imprisonment to 151 months, effective 10 days from the date of the amended judgment.  If the amount of time served as of the effective date of the Court's Order exceeds 151 months, the sentence is instead reduced to a sentence of time-served effective 10 days from the date of the amended judgment.[1]

7. <u>United States' statement regarding its stipulation</u>[2]: Defendant was convicted of Conspiracy to Distribute Methamphetamine in violation of 21 U.S.C. §§ 846 and 841(a)(1).  The United States enters into this stipulation after reviewing the Plea Agreement, ECF No. XX; United States' Notice of 404(b), ECF No. XX; Presentence Investigation Report ("PSR"); Statement of Reasons ("SOR"); Judgment, ECF No. 40; and the defendant's Bureau of Prisons

---

[1] This 10-day period is requested by the Bureau of Prisons to perform its statutory duties and release planning.

[2] This statement is provided by the United States and is not part of the parties' stipulation.

("BOP") disciplinary history.  The prosecuting Assistant United States Attorney was not consulted because she is no longer employed by the United States Attorney's Office.

At sentencing, the sentencing judge adopted the PSR after removing the 3-level enhancement under USSG § 3B1.1(b) for a managerial role in the offense.  SOR at 1.  As a result of the above conviction, the defendant was subject to a 10-year statutory mandatory minimum term of imprisonment.  PSR ¶ 46; SOR at 1.  The Court sentenced the defendant to a 168-month term of imprisonment.  ECF No. 40 at 2.  Defendant's current projected release date is September 15, 2033.  Defendant has sustained the following disciplinary incidents during his time in the Bureau of Prisons' custody: (1) disruptive conduct on March 16, 2017, related to defendant's participation in a meeting on the recreation yard in preparation for a strike and three incidents on March 7, 2016, for (1) refusing to obey an order, (2) being insolent to staff member, and (3) being unsanitary or untidy.

Respectfully submitted,

Dated:  May 22, 2024

PHILLIP A. TALBERT
United States Attorney

 */s/ Shelley D. Weger*
SHELLEY D. WEGER
Assistant U.S. Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   May 22, 2024

HEATHER E. WILLIAMS
Federal Defender

 */s/ Peggy Sasso*
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
OMAR JUAREZ ANDRADE

# ORDER

This matter came before the Court on the stipulated motion of the parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Andrade is entitled to the benefit of Amendment 821, Part A, the new status point provision, codified at USSG § 4A1.1(e), which reduces his criminal history category from III to II, resulting in an amended guideline range of 151 to 188 months.

IT IS HEREBY ORDERED that, pursuant to USSG § 1B1.10(b), the term of imprisonment imposed in 2015 is reduced to a term of 151 months, effective 10 days from the date of the amended judgment. If the amount of time served as of the effective date of this Order exceeds 151 months, the sentence is instead reduced to a sentence of time-served effective 10 days from the date of the amended judgment.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Andrade shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   **May 22, 2024**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE